**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                Petitioners,                      21 **CIVIL** 2260 (VEC)

      -against-                                     **JUDGMENT**

BUILDTASK LLC D/B/A POSITIVE ID,

                Respondent.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 10, 2021, the petition to confirm the arbitration award is GRANTED. The Court awards judgment in Petitioners' favor in the amount of $692,120.39, plus 5.25% prejudgment interest from January 8, 2021, to the date of Judgment in the amount of $21,403.59, an additional $672 for attorneys' fees and costs related to this action, and post-judgment interest at the statutory rate, 28 U.S.C. § 1961, until the judgment is paid.; accordingly, the case is closed.

**Dated:**  New York, New York
           August 11, 2021                                  RUBY J. KRAJICK

                                                                 **Clerk of Court**
                                            **BY:** _____
                                                                 **Deputy Clerk**